UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5:25-CR-00083-D-RN

UNITED STATES OF AMERICA

v.                                              ORDER

JEREMY ALEXANDER PEEBLES

Upon motion of the Defendant, and for good cause shown, it is hereby ORDERED

that Docket Entry 46 be sealed.

SO ORDERED this the __16__ day of July, 2026.

JAMES C. DEVER III
United States District Judge